FILED
AUG 1 2 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THOMAS MILLER, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Criminal Number: CR-05-00483- PJH <br><br> **ORDER RELEASING DEFENDANT** <br> **TO RESIDENTIAL DRUG TREATMENT** |

**TO: ALAMEDA COUNTY SHERIFF'S DEPARTMENT AND ADMINISTRATION AT ALAMEDA COUNTY JAIL AT SANTA RITA:**

**YOU ARE HEREBY DIRECTED** to release Thomas Miller, ULD 501, from your custody to the custody of his attorney, Nina Wilder, CA SBN 100474, on August 16, 2005 at 10:30 a.m. for transportation to Center Point Multiservice Center, a residential drug facility in San Rafael, California.

This order reflects that the following conditions imposed on July 22, 2005, amended July 28, 2005, have been satisfied: that (1) an Obligation (promissory note) and Certificate of Title to the mobile home at 1523 N. Beale Road, SP 62, Marysville, California, 95901 has been lodged with the Clerk of the Court; (2) defendant Miller has executed an Obligation and a Deed of Trust posting his interest in his residence located at 966 Borden Villa Drive, #202, Santa Rosa,

California, 95401 as additional security on the bond; (3) defendant Miller has been accepted into Center Point and a bed is currently available.

Within 72 hours of his release to Center Point, defendant shall record the Deed of Trust with the Sonoma County Recorder. Defense Counsel will take responsibility for the recordation. (In the event the Deed is not timely recorded, defendant's bond shall be subject to revocation.)

DATED: 12 Aug 05

UNITED STATES MAGISTRATE. JUDGE

for Judge Chen