UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>THOMAS MILLER,<br><br>       Defendant.<br>_____/ | No. CR05-0483 PJH (EMC)<br><br>**ORDER MODIFYING RELEASE BOND** |

The release bond for Defendant Thomas Miller herein is hereby amended as follows:

Commencing August 26, 2005 Defendant shall reside at Cornell Correctional Institute. He will be allowed to leave only for court appearances (to clear up his bond matters in state court and in this Court if necessary) and as directed by Pretrial Services. He is subject to urine testing as directed by Pretrial Services. Following completion of the three weeks (or sooner if his bond situations are resolved), he shall return to Center Point at which time the original terms of the release bond shall apply.

Dated: August 26, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge

1