UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SANDOR LAKATOS,<br><br>    Defendant.<br>_____/ | No. C 05-0483 PJH<br><br>**ORDER CONTINUING HEARING DATE** |

    The court will hear defendant's motions, originally scheduled for hearing at 1:30 p.m. on March 8, 2006, on **Wednesday, March 15, 2006,** at 1:30 p.m.  The briefing deadlines, however, will remain the same.  The government's opposition is due **no later than Wednesday, February 22, 2006.**  Defendant's replies, if any, are due **no later than Wednesday, March 1, 2006.**

    **IT IS SO ORDERED.**

Dated: February 10, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge