FILED

2006 APR 11  PM 1:09

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

E-Filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Number: CR-05-00483- PJH |
| Plaintiff, ) | |
| ) | **ORDER EXONERATING BAIL** |
| v. ) | |
| THOMAS MILLER, ) | |
| Defendant. ) | |

Defendant having been detained pursuant to Title 18 U.S.C. Section 3143(a)(2),

**IT IS HEREBY ORDERED** that bail is exonerated, all sureties are released, and the Clerk of the Court is directed to reconvey the Certificate of Title to the mobile home, located at 1523 N. Beale Road, SP 62, Marysville, California 95901, pledged by Mary Scharp as security for defendant's release.

DATED: 4-11-06

HONORABLE PHYLLIS J. HAMILTON
United States District Judge

ORDER EXONERATING BAIL
(CR 05-00483- PJH)                                          1