UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Number: CR-05-00483- PJH |
| Plaintiff, ) | |
| v. ) | **ORDER EXONERATING BAIL** [Supplemental] |
| THOMAS MILLER, ) | |
| Defendant. ) | |

Defendant having been detained pursuant to Title 18 U.S.C. Section 3143(a)(2),

**IT IS HEREBY ORDERED** that bail is exonerated, all sureties are released, and the Clerk of the Court is directed to reconvey the condominium located at 966 Borden Villa Drive, #202, Santa Rosa, CA, pledged by Thomas Miller as security for his release.

DATED: 7/24/06

HONORABLE _____ TON
United S___

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

ORDER EXONERATING BAIL
(CR 05-00483- PJH)                                   1