1  NINA WILDER (CA SBN No. 100474)
      **Law Offices of**
2  **WEINBERG & WILDER**
   523 OCTAVIA STREET
3  SAN FRANCISCO, CALIFORNIA 94102
   Telephone:  (415) 431-3472
4  Facsimile:   (415) 552-2703

5  Attorney for Defendant
   THOMAS A. MILLER
6

7
                    UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,   )        No. CR-05-0483 PJH
                                )
11         Plaintiff,           )
                                )
12         vs.                  )        **STIPULATION TO CONTINUE**
                                )        **DATE FOR SENTENCING; ORDER**
13 THOMAS A. MILLER, et al.,    )
                                )
14         Defendants.          )
   _____)
15
        IT IS HEREBY AGREED BY THE PARTIES, through the undersigned attorneys, that
16
   the date for sentencing in this matter will be continued to October 18, 2006 at 1:30 p.m.
17
   The additional time is required to allow for a psychological evaluation of defendant Miller,
18
   and for the Probation Office and the parties to assess the impact, if any, of psychological factors on
19
   defendant Miller's offense and sentencing.
20
        The forensic psychologist has completed two interviews with defendant Miller.  She still
21
   needs to evaluate relevant documentation and psychometric data to prepare her report.  Due to an
22
   intervening surgery, the forensic psychologist estimates that she will complete her report by the
23
   third week of September, which should allow the sentencing to proceed on the stipulated date.
24

25

26  Dated: 8/31/2006                    _____/s/ Timothy Lucey_____
                                        TIMOTHY LUCEY
27                                      Assistant United States Attorney

28

STIPULATION TO CONTINUE DATE FOR
SENTENCING  (NO. CR-05-0483 PJH)
                                        1

| | |
|---|---|
| Dated: 8/31/2006 | /s/ Nina Wilder <br> NINA WILDER <br> Attorney for Defendant <br> THOMAS MILLER |

**ORDER**

**IT IS SO ORDERED.**

DATED: 9/1/06

_____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton* (seal: United States District Court, Northern District of California)

STIPULATION TO CONTINUE DATE FOR
SENTENCING (NO. CR-05-0483 PJH)

2