| | |
|---|---|
| 1 | NINA WILDER (CA SBN No. 100474) |
| 2 | **Law Offices of**<br>**WEINBERG & WILDER** |
| 3 | 523 OCTAVIA STREET<br>SAN FRANCISCO, CALIFORNIA 94102<br>Telephone: (415) 431-3472 |
| 4 | Facsimile:   (415) 552-2703 |
| 5 | Attorney for Defendant<br>THOMAS A. MILLER |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff,　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　vs.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>THOMAS A. MILLER, et al.,　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendants.　　　　)<br>_____ ) | No. CR-05-0483 PJH<br><br>**STIPULATION TO CONTINUE**<br>**DATE FOR SENTENCING; ORDER** |

　　　　IT IS HEREBY AGREED BY THE PARTIES, through the undersigned attorneys, that the date for sentencing in this matter will be continued to November 1, 2006 at 1:30 p.m. The continuance is required for two reasons.  The first is to allow adequate time for the Probation Office and the parties to assess the impact on sentencing of the psychological evaluation prepared at defendant's request.

　　　　Second, undersigned defense counsel will be away for at least one week, and possibly longer, at the beginning of October to attend to a family health problem.  On the current schedule, counsel will be unavailable both when the final presentence report is issued and when defendant's sentencing memorandum is due.  In short, the additional time is required for effective preparation for sentencing.

Dated: 10/10/2006　　　　　　　　　　　　　_____/s/ Timothy Lucey_____
　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY LUCEY
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

STIPULATION TO CONTINUE DATE FOR
SENTENCING  (NO. CR-05-0483 PJH)

1

1
2
3
4
5  Dated: 10/10/2006                /s/ Nina Wilder
                                   NINA WILDER
6                                  Attorney for Defendant
                                   THOMAS MILLER
7
8
9                                  **ORDER**
10
   **IT IS SO ORDERED.**
11
12
13
   DATED: 10/11/06
14                                 _____
                                   HONORABLE
15                                 United States
                                   
                                   *IT IS SO ORDERED*
                                   *Judge Phyllis J. Hamilton*
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE DATE FOR
SENTENCING  (NO. CR-05-0483 PJH)

2