NINA WILDER (CA SBN No. 100474)
**Law Offices of**
**WEINBERG & WILDER**
523 OCTAVIA STREET
SAN FRANCISCO, CALIFORNIA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

Attorney for Defendant
THOMAS A. MILLER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. CR-05-0483 PJH |
| ) | |
| Plaintiff,       ) | |
| ) | |
| vs.       ) | **STIPULATION TO CONTINUE** |
| ) | **SUPERVISED RELEASE STATUS HEARING;** |
| THOMAS A. MILLER, et al.,       ) | **ORDER** |
| ) | |
| Defendants.       ) | |
| _____) | |

IT IS HEREBY AGREED BY THE PARTIES, through the undersigned attorneys, that the date for the continued hearing on defendant's supervised release violation and subsequent compliance with residential rehabilitation program shall be re-scheduled from June 24, 2009 to July 15, 2009 at 1:30 p.m.

Dated: June 9, 2009        /s/ Timothy Lucey
                           TIMOTHY LUCEY
                           Assistant United States Attorney


Dated: June 9, 2009        /s/ Nina Wilder
                           NINA WILDER
                           Attorney for Defendant
                           THOMAS A. MILLER

STIPULATION TO CONTINUE HEARING DATE
RE: SUPERVISED RELEASE  (NO. CR-05-0483 PJH)

1

**ORDER**

**IT IS SO ORDERED.**

DATED: 06/11/09

_____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge

*[Seal of the United States District Court, Northern District of California, signed by Judge Phyllis J. Hamilton]*

STIPULATION TO CONTINUE HEARING DATE
RE: SUPERVISED RELEASE (NO. CR-05-0483 PJH)

2